IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
|     ELIZABETH ANN NELSON, | ) | Case No. 08-15946-WV |
| | ) | Chapter 7 |
|     Debtor(s). | ) | |

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW, LYLE R. NELSON, Trustee, of the above-captioned bankruptcy matter, pursuant to Rule 3011 Fed. R. Bankr. P. and reports to the Court Clerk that check number 11001 for the referenced Debtor was returned, therefore the following are dividends in an amount over $5.00 and should be treated in the same manner as unclaimed funds.

| **CLAIMANT** | **AMOUNT** |
|---|---|
| Debtor<br>Elizabeth Ann Nelson<br>13 Ridgecrest Drive<br>Chickasha, OK 73018 | $50.01 |
| Total | $50.01 |

The check made payable to the U.S. Bankruptcy Court in the total amount of $50.01, will be deposited with the clerk into unclaimed funds.

DATE: January 18, 2011

s/ Lyle Nelson
Lyle R. Nelson, OBA#10914
Two Leadership Square
211 N. Robinson, Suite 1300
Oklahoma City, OK  73102
(405) 232-4021 Phone/(405) 232-3746 Fax
TRUSTEE

CERTIFICATE OF SERVICE

     I hereby certify that on the 18th day of January, 2011, a true and correct copy of the Trustee's Report of Unclaimed Funds was electronically served upon the following using the Court's CM/ECF system:

U.S. Trustee
Attorney James Branum

     Further, I certify that on the 18th day of January, 2011, a true and correct copy of the Trustee's Report of Unclaimed Funds was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the addresses shown below:

Office of the U.S. Trustee
215 Dean A. McGee Avenue
4th Floor
Oklahoma City, OK 73102
Emailed

                                                    s/Lyle Nelson
                                                    Lyle Nelson